Guy R. Gruppie (SBN 155437)
Joshua W. Praw (SBN 293557)
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336
E-Mail     ggruppie@murchisonlaw.com
           jpraw@murchisonlaw.com

Attorneys for Defendant, SMIRK'S, LTD.
erroneously sued as SMIRKS'S, LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| AMANDA THOMAS,<br><br>           Plaintiff,<br><br>vs.<br><br>DAILY HARVEST, INC.; SECOND BITE FOODS, INC. d/b/a STONE GATE FOODS; SMIRKS'S, LTD., and DOES 1 through 15,<br><br>           Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)**<br><br>State Court Docket:<br>California Superior Court<br>County of Orange<br>Case No.: 30-2022-01295806-CU-BC-CJC<br>Filing Date: December 7, 2022 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Smirk's Ltd. ("Smirk's"), hereby removes this civil action from the Superior Court of California for the County of Orange, where it is currently pending as Case No. 30-2022-01295806-CU-BC-CJC, to the United States District Court for the Central District of California, Southern Division. By this removal, Smirk's reserves all rights, including, but not limited to, defenses and objections as to venue, personal and/or subject-matter jurisdiction, and service of process, and this removal is subject to, and without waiver of, any such defenses and objections. As addressed below, diversity jurisdiction exists in this action. 28 U.S.C. § 1332(a). In support of this removal, Smirk's states as follows and relies upon the exhibits hereto.

## I. INTRODUCTION

On or around December 7, 2022, plaintiff filed a complaint (the "Complaint") in California State court, initiating <u>Thomas v. Daily Harvest, Inc.</u>, in the State of California, County of Orange, Case No. 30-2022-01295806-CU-BC-CJC (the "State Court Action"). On December 20, 2022, while checking the docket, counsel for Smirk's herein found the filing, however, service has not been effectuated to date. True copies of all pleadings filed in the State Court Action are attached hereto as **Exhibit A**.

Plaintiff's Complaint alleges that she is entitled to damages in excess of $75,000 for personal injuries resulting from alleged causes of actions sounding in: Negligence (First Cause of Action), "Strict Liability-Design Defect" (Second Cause of Action), "Strict Liability-Manufacturing Defect" (Third Cause of Action), "Strict Liability-Failure to Adequately Test" (Fourth Cause of Action), and "Breach of Implied Warranty of Merchantability" (Fifth Cause of Action).  **Exhibit A, ¶ 16-45**.

As more fully explained below, this case is properly removed to this Court under 28 U.S.C. § 1441 because: (1) Smirk's has satisfied the procedural requirements for removal; and (2) this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1332 and 1441.

## II. DEFENDANT HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

Removal is timely pursuant to 28 U.S.C. § 1446(b) because less than thirty (30) days have passed since Smirk's received notice of the plaintiff's Complaint. To date, Smirk's has never been served with plaintiff's Complaint.

Pursuant to 28 U.S.C. § 84(c)(3), the United States District Court for the Central District of California, Southern Division, is the federal judicial district and division embracing Orange County, where this lawsuit was originally filed. Venue is proper because this is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

As required by 28 U.S.C § 1441(a), Smirk's is providing a copy of all process,

pleadings, and orders, including the summons and complaint, which are attached hereto as **Exhibit A**.

All other named defendants that have been named in this action have consented to removal as required under 28 U.S.C. § 1446(b)(2)(A).

As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being promptly served upon plaintiff's counsel and a copy is being filed with the Clerk of the Orange County Superior Court. A true and correct copy of "Defendant Smirk's Ltd.'s Notice of to State Court of Removal Action Under 28 U.S.C. §§ 1332, 1441, and 1446 (Diversity of Citizenship)" which will be filed in the Orange County Superior Court is attached hereto as **Exhibit B**.

### III. REMOVAL IS PROPER BECAUSE THE COURT HAS SUBJECT MATTER JURISDICTION UNDER 28 U.S.C. §§ 1332 & 1441

This Court has subject matter jurisdiction under 28 U.S.C. §§ 1332 and 1441 because this is a civil action in which the amount in controversy exceeds $75,000, exclusive of costs and interest, and is between citizens of different states.

#### A. Complete Diversity of Citizenship Exists Between the Parties

Upon information and belief, plaintiff is and, at the time of the filing of this action, was an individual citizen of the State of California. *See* **Exhibit A**, **¶ 2-4**.

Defendant Smirk's is and, at the time of the filing of the action, was a limited liability company organized and existing under the laws of the State of Colorado. *See* **Exhibit C**, *Articles of Organization, Smirk's Ltd*. The members of Smirk's are, and, at the time of the filing of the action, were three individuals: (1) Nicholas Erker, a resident of Fort Morgan, Colorado and a citizen of the State of Colorado; (2) Donald Edson, a resident of Fort Morgan, Colorado and a citizen of the State of Colorado; and (3) Cynthia Schmid, a resident of Fort Morgan, Colorado and a citizen of the State of Colorado. *Id*.

Defendant Daily Harvest, Inc. is, and at the time of the filing of the action, was a corporation organized and existing under the laws of the State of Delaware, and

1 | having its principle place of business in New York. *See* **Exhibit D**, *SEC Form D, Daily Harvest, Inc.*

Defendant Second Bite Foods, Inc., d/b/a "Stone Gate Foods" is, and at the time of the filing of the action, was a corporation organized and existing under the laws of the State of Minnesota, and having its principle place of business in Minnesota. *See* **Exhibit E**, *Articles of Incorporations of Second Bite Foods, Inc.*

Accordingly, this action involves "citizens of different States." 28 U.S.C. § 1332(a)(1). Since plaintiff is a California citizen and no defendant properly joined and served is a citizen of the State of California, removal of this action is proper under 28 U.S.C. § 1441(a).

### B.  The Amount-In-Controversy Requirement is Satisfied

The amount-in-controversy requirement of 28 U.S.C. § 1332(a) is satisfied when it is facially apparent from the initial pleading that the jurisdictional threshold is met. 28 U.S.C. § 1446(c)(2) ("[i]f removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a) . . . the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy.").

In this case, it is clear from plaintiff's Complaint that the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). Plaintiff seeks damages in excess of $75,000. *See* **Exhibit A**, **¶ 8**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**WHEREFORE**, defendant Smirk's hereby removes this action from the Orange County Superior Court to the United States District Court for the Central District of California, Southern Division.

DATED: January 19, 2023         **MURCHISON & CUMMING, LLP**

By: _Joshua W. Praw_ (signature)

Guy R. Gruppie
Joshua W. Praw
Attorneys for Defendant, SMIRK'S, LTD. erroneously sued as SMIRKS'S, LTD.

# PROOF OF SERVICE

**Amanda Thomas v. Daily Harvest, et al.**
**30-2022-01295806-CU-BC-CJC**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On January 19, 2023, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446 (DIVERSITY OF CITIZENSHIP)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, and pursuant to California Rules of Court 2.251(b), (c) and/or California Code of Civil Procedure §1010.6(e), I caused a copy of the above-referenced document(s) to be sent via electronic transmission from the e-mail address of mfisher@murchisonlaw.com to the interested parties at the e-mail address(es) as stated below. No error was reported.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 19, 2023, at Los Angeles, California.

_Michelle L. Fisher_
Michelle L. Fisher

**SERVICE LIST**
**Amanda Thomas v. Daily Harvest, et al.**
**30-2022-01295806-CU-BC-CJC**

| | |
|---|---|
| Andre Rekte, Esq.<br>Rekte Law, A Professional Law Corporation<br>17100 Bear Valley Road, Suite 440<br>Victorville, CA  92395<br>Telephone: 760-955-3800<br>Facsimile: 760-780-1683<br>E-Mail: andre@rektebradshaw.com | Attorney for Plaintiff Amanda Thomas |
| Scott Haworth, Esq.<br>Jennifer Bruder, Esq.<br>Mal Helgadottir, Esq.<br>Haworth Coleman & Gerstman, LLC<br>45 Broadway, 21st Floor<br>New York, NY  10006<br>Telephone: 212-952-1100<br>Facsimile: 212-952-1110<br>E-Mail: scott.haworth@hbandglaw.com<br>E-Mail: Jennifer.Bruder@hbandglaw.com<br>E-Mail: Mal.Helgadottir@hbandglaw.com | Co-Counsel for Defendant Smirk's, Ltd. |